A. P. S. STUART V. THOMAS BAILEY.

A. P. S. STUART V. ISAAC HOLT.

A. P. S. STUART V. JONES NATIONAL BANK.

A. P. S. STUART V. UTICA BANK.

FILED FEBRUARY 9, 1899.   Nos. 8612, 8613, 8614, 8615.

Removal of Causes: NATIONAL BANKS: FALSE STATEMENTS: LIABILITY
    OF DIRECTORS.  Judgments affirmed pursuant to rulings in pre-
    ceding case.  (*Stuart v. Bank of Staplehurst*, 57 Neb. 569.)

PROCEEDINGS IN ERROR from the district court of Sew-
ard county.  Tried below before BATES, J.  *Affirmed.*

THE parties filed the following stipulation:

"It is hereby stipulated by and between the parties
plaintiff and defendant in the above entitled causes, re-
spectively, that briefs shall be filed in the first numbered
case, No. 8611, A. P. S. Stuart against Bank of Staple-
hurst.  It is further stipulated and agreed that inasmuch
as the records in all these cases are alike, and the same
identical points are raised by the petition in error in each
case, that the order of the court made in No. 8611, A. P.
S. Stuart against Staplehurst, shall be the order in each
of the other cases and shall be entered therein; that if
No. 8611 is reversed, all said causes shall stand reversed,
and if said No. 8611 is affirmed, all of said causes shall
stand affirmed, the same as if the briefs were filed and
arguments made separately in each of said cases."

*C. C. Flansburg,* for plaintiff in error.

*George W. Lowley, Pound & Burr,* and *Biggs & Thomas,*
contra.

HARRISON, C. J.

The above stipulation speaks for itself, and in accord-
ance with its terms an order of affirmance of the judg-

ment is entered in each case. (*Stuart v. Bank of Staplehurst*, 57 Neb. 569.)

AFFIRMED.